

**STEIN | SAKS, PLLC**

MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2021

January 20, 2021

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York

    Re:    **Monegro vs Bambi Baby.com Corp**
              Case #: 1:20-cv-9989

Dear Judge Torres:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for January 27, 2021, at 10:20am, be adjourned. The defendant has not made an appearance and his Answer is due January 29, 2021. In the event Defendant does not timely file an Answer, Plaintiff will promptly seek a default.

    This is the first request for an adjournment.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                       Respectfully submitted,

                                       *s/ Mark Rozenberg*
                                       Mark Rozenberg, Esq.

GRANTED. The initial pretrial conference scheduled for **January 27, 2021**, is ADJOURNED to **February 25, 2021**, at **10:40 a.m**. By **February 18, 2021**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall move for default in accordance with Attachment A of the Court's Individual Rules of Practice in Civil Cases.

SO ORDERED.

Dated: January 21, 2021
       New York, New York

                                       ANALISA TORRES
                                       United States District Judge