UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO, on their own behalf and behalf of others similarly situated

                                Plaintiff,

      -against-

BAMBI BABY.COM CORP,

                              Defendant.
-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 06/30/2021

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-9989 (AT)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 22). A telephone conference will be held on **Monday, July 26, 2021 at 12:45 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: June 30, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge