USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANKIE MONEGRO , on their own behalf and
behalf of others similarly situated

                                    Plaintiff,          **ORDER SCHEDULING**
                                                        **SETTLEMENT CONFERENCE**
              -against-
BAMBI BABY.COM CORP,                                    **20-CV-9989 (AT)**

                                    Defendant.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A settlement conference in this matter is scheduled for **Wednesday, October 13, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.   Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **October 6, 2021 by 5:00 p.m.**

        SO ORDERED.

Dated: July 26, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge