

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/2/2021__

MARK ROZENBERG ▪
KENNETH WILLARD ▲ ▪

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

September 1, 2021

**<u>Via CM/ECF</u>**
The Honorable Analisa Torres
United States District Court
Southern District of New York

      **Re:**    <u>**Frankie Monegro v. Bambi Baby.Com Corp**</u>
            **Case #: 1:20-cv-09989-AT**

Dear Judge Torres:

    We represent Plaintiff in the above matter and write jointly with counsel for Defendant ("the Parties") to provide a status update, per Your Honor's Order of June 29, 2021.

    At this time, the Parties have served written discovery, to which the responses are outstanding. Negotiations regarding the resolution of this matter by the Parties are ongoing.

    Counsel for Plaintiff respectfully requests that the Case Management Conference currently scheduled for September 8, 2021, be adjourned as it coincides with a religious holiday. Counsel further requests that the Conference be rescheduled after September to avoid conflicts with other religious holidays taking place that month. Defendant has graciously consented to this request.

    This is the first request to adjourn the Case Management Conference, although Your Honor had adjourned the Conference from July 26, 2021.

        GRANTED. The case management conference scheduled for September 8, 2021, is ADJOURNED to **October 25, 2021**, at **10:00 a.m.** By **October 18, 2021**, the parties shall submit a joint status letter.

        SO ORDERED.

        Dated: September 2, 2021
               New York, New York

                                                  ANALISA TORRES
                                                  United States District Judge