```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANKIE MONEGRO, on their own behalf and
behalf of others similarly situated

                           Plaintiff,                  **ORDER ADJOURNING**
                                                   **SETTLEMENT CONFERENCE**

        -against-

BAMBI BABY.COM CORP,                           **20-CV-9989 (AT)**

                           Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Settlement filed on October 6, 2021 (doc. no 28) the Settlement Conference currently scheduled for **October 13, 2021** is hereby adjourned *sine die*.

SO ORDERED.

Dated: October 7, 2021
        New York, New York

                                                        _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge